```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Sansome Street, Suite 600
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SAN MATEO HOTEL EMPLOYEES, et al.<br><br>          Plaintiff,<br><br>     vs.<br><br>GOOD-NITE INN, etc.<br><br>          Defendant.<br>_____ | NO. C 04 4024 CRB<br><br>ORDER TO CONTINUE CASE<br><u>MANAGEMENT CONFERENCE</u> |

IT IS ORDERED that the Case Management Conference in this case originally set for August 19, 2005 be continued to ~~September 30~~ October 14 2005 at ~~1:30 p.m.~~ 8:30 a.m. in Courtroom 8, 19th Floor, 450 Golden Gate Avenue, San Francisco, CA.

Dated: August 18, 2005                    ~~Magistrate~~ District Judge Charles R. Breyer



APPROVED
Judge Charles R. Breyer

ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE          1